**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                          NO. 4:10CR00034 JLH

JOHN R. MILLS                                                                                  DEFENDANT

## ORDER

John R. Mills has filed a *pro se* motion for early termination of supervised release. Document #29. The Court directs the Clerk to send a copy of the motion, along with a copy of this Order, to John Ray White, Chief of the Criminal Division for the United States Attorney for the Eastern District of Arkansas. The government is directed to respond to the motion, after consulting with the probation office, on or before August 19, 2013.

IT IS SO ORDERED this 26th day of July, 2013.

*[signature]*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE